Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MANUEL MOLINA, | ) ED CV 07-952-AHS (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| JOHN F. MOLINA, Acting Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: JAN 28 2008

ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

1